FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 MAY -5 AM II: 07

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

| | | |
|---|---|---|
| DARRELL RAMON WILCOX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV405-19 |
| | ) | |
| WILLIAM TERRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _5th_ day of _MAY_____, 2005.

_____
**WILLIAM T. MOORE, JR., CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

# United States District Court
## *Southern District of Georgia*

Darrell R. Wilcox

                         )

vs                          )     CASE NUMBER   CV405-019

William Terry, Warden      )     DIVISION      SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.     Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.     That the aforementioned enveloped contained a copy of the document dated 5/5/05 , which is part of the official record of this case.

Date of Mailing:         5/5/05

Date of Certificate       ☒ same date,     or &rule

Scott L. Poff, Clerk

By: _____

Deputy Clerk

Name and Address

Jason Charles Fisher, 40 Capitol Sq., Sw, Atlanta, GA 30334-1300
Paula K. Smith, 40 Capitol Sq., SW, Atlanta, GA 30334-1300
Darrell R. Wilcox, GDC962844, Smith State Prison, P.O. Box 726, Glennville, GA 30427

☐ Copy placed in Minutes

☒ Copy given to Judge

☐ Copy given to Magistrate